JANE BARBER, Respondent, *v.* AZARIAH J. HATHAWAY, Appellant.

*Barber* v. *Hathaway*, 47 App. Div. 165, affirmed.
(Submitted November 25, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Gibbs & Wilbur* for appellant.

*Edson A. Hayward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.